UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LAUREN KING ET AL                    CIVIL ACTION NO. 25-1312

VERSUS                               JUDGE EDWARDS

CRYSTAL A THOMAS ET AL               MAG. JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 36), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Remand (R. Doc. 22) is GRANTED and this case is remanded to the Seventh Judicial District Court for the Parish of Catahoula, State of Louisiana.

IT IS FURTHER ORDERED that all other pending motions are DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers this 4th day of June, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT